IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HOME INSTEAD, INC., a Nebraska corporation, | ) ) ) | 8:05CV237 |
| Plaintiff, | ) ) | |
| vs. | ) ) | ORDER |
| WILLIAM P. VELEZ, an individual, and BILLYNNE PROPERTIES, INC., a corporation, | ) ) ) ) | |
| Defendants. | ) ) | |

Before the court is plaintiff's Motion for Preliminary Injunction and Request for Hearing, Filing No. 5.

IT IS ORDERED that oral argument on the above motion is scheduled on **June 7, 2005, at 11:00 a.m.,** in Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  This hearing is limited to thirty minutes.

DATED this 2nd day of June, 2005.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
UNITED STATES DISTRICT JUDGE