IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HOME INSTEAD, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05cv237 |
| | ) | |
| v. | ) | |
| | ) | |
| VELEZ, et al, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

The Clerk's Office has requested that Document Number 26 be stricken from the record for the following reasons:

- Incomplete PDF attached

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 26 the record.

DATED this 19th day of July, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge