IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATTER OF: | |
| BILLYNNE PROPERTIES, INC., | BK05-28865 (D.N.J.) |
| Debtor(s). | A05-8045 |
| HOME INSTEAD, INC., a Nebraska corporation, | 8:05CV237 |
| Plaintiff, | |
| vs. | ORDER |
| WILLIAM P. VELEZ, an individual, and BILLYNNE PROPERTIES, INC., a corporation, | |
| Defendants. | |

Before the court is the report and recommendation of Chief U.S. Bankruptcy Judge Timothy J. Mahoney, Filing No. 21. No objection has been filed to the report and recommendation. Pursuant to NEGenR 1.5(b)(2), the court has conducted a de novo review of the record and adopts the report and recommendation in its entirety.

THEREFORE, IT IS HEREBY ORDERED that:

1. The report and recommendation, Filing No. 21, is adopted in its entirety;
2. The referral of this case to Bankruptcy Court for the District of Nebraska is withdrawn; and
3. This case is referred to Magistrate Judge Thomas Thalken for further progression of the matter.

DATED this 27th day of July, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge