IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **HOME INSTEAD, INC.,** | ) | |
| | ) | 8:05CV237 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **WILLIAM P. VELEZ, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

Following the restoration of this case to the docket of Chief Judge Joseph F. Bataillon and the referral to the undersigned magistrate judge for further progression of the matter,

**IT IS ORDERED:**

The parties are to meet and confer pursuant to Fed. R. Civ. P. 26(f) and file a report of their meeting **on or before September 1, 2005.**

DATED this 28th day of July, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge