# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **HOME INSTEAD, INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV237 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **WILLIAM P. VELEZ, LYNNE A. VELEZ** | ) | |
| **and BILLYNNE PROPERTIES, INC.,** | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the Joint Motion for Extension of Time (Filing No. 40). The plaintiff and defendant Billynne Properties, Inc. move the court for an extension of the deadline for filing the Report of Parties' Planning Conference pursuant to Rule 26(f) of the Federal Rules of Civil Procedure. The deadline for the parties' to file their Report with the court is September 1, 2005. **See** Filing No. 33. The movants seek until September 19, 2005, to comply with the meet and confer requirement. Upon consideration and for good cause shown,

**IT IS ORDERED:**

1. The Joint Motion for Extension of Time (Filing No. 40) is granted.

2. The parties shall have to **on or before September 29, 2005,** to meet and confer and report to the court pursuant to Rule 26(f).

DATED this 1st day of September, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge