IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HOME INSTEAD, INC., a Nebraska corporation, | ) ) ) | 8:05CV237 |
| Plaintiff, | ) ) | |
| vs. | ) ) | ORDER |
| WILLIAM P. VELEZ, an individual, and BILLYNNE PROPERTIES, INC., a corporation, | ) ) ) ) ) | |
| Defendants. | ) | |

    IT IS ORDERED that hearing on the plaintiff's Motion for Preliminary Injunction, Filing No. 5, is scheduled on **September 13, 2005, at 1:30 p.m.,** in Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

    DATED this 8th day of September, 2005.

                                  BY THE COURT:

                                  s/Joseph F. Bataillon
                                  JOSEPH F. BATAILLON
                                  UNITED STATES DISTRICT JUDGE