## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HOME INSTEAD, INC., | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV237 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| WILLIAM P. VELEZ, and BILLYNNE PROPERTIES, INC., | ) ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the Joint Status Report and Motion to Stay Discovery or Other Pretrial Activity (Filing No. 47). The parties seek a stay of all discovery and pretrial activity, including the deadline for filing the Report of Parties' Planning Conference pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, until thirty days from the filing of the court's ruling on the defendants' Motion to Dismiss (Filing No. 12). The deadline for the parties' to file their Report with the court is September 29, 2005. **See** Filing No. 41. Upon consideration and for good cause shown,

**IT IS ORDERED:**

1. The parties' Joint Status Report and Motion to Stay Discovery or Other Pretrial Activity (Filing No. 47) is granted.

2. The parties' deadline for filing with the court their Report of Parties' Planning Conference is held in abeyance pending the court's ruling on the pending motion to dismiss.

3. The parties shall have **thirty (30) days** from the date an order is filed on the currently pending motion to dismiss (Filing No. 12), in which to file its Report of Parties' Planning Conference with the court, if necessary.

DATED this 30th day of September, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge